# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>JUANITA PEREZ,<br>            Plaintiff,<br>v.<br>TARGET CORPORATION | Case Number:<br>FILED: MARCH 27, 2008<br>08CV1788 J. N.<br>JUDGE ANDERSEN<br>MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, TARGET CORPORATION

| |
|---|
| NAME (Type or print)<br>MARK T. McANDREW |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ MARK T. McANDREW - 6274068 |
| FIRM<br>HENNESSY & ROACH, P.C. |
| STREET ADDRESS<br>140 S. DEARBORN, 7TH FLOOR |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274068 | TELEPHONE NUMBER<br>(312) 346-5310 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐