UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JUANITA PEREZ,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　　　versus<br><br>TARGET CORPORATION,<br><br>　　　　　　　　Defendant(s). | Court No.  08 CV 01788 |

### NOTICE OF FILING

TO:　　HENNESSY & ROACH, P.C.
　　　　Mark T. McAndrew
　　　　140 South Dearborn Street
　　　　7th Floor
　　　　Chicago, IL 60603

　　　PLEASE TAKE NOTICE that the attached below listed documents were filed with the United States District Court Northern District of Illinois Eastern Division, this 25th day of April, 2008.

　　1.　　Attorney Appearance Form

33 North Dearborn Street
Suite 2220
Chicago, IL 60602
(312) 372-4849

ARMSTRONG & MARCHIORI

By: _____
Laura J. Marchiori
Attorneys for Plaintiff(s)

### CERTIFICATE OF MAILING

　　　The undersigned, being first duly sworn on oath, states that service of the above Notice of Filing by electronic filing and by mailing true and correct copies of said documents this 25th day of April, 2008, before 5:00 p.m. by depositing same in the Unites States Mail at Chicago, Illinois, postage prepaid and addressed to the person(s) listed above.

_____

SUBSCRIBED and SWORN to before
me this 25th day of April, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Gail M. Callanan
Notary Public, State of Illinois
My Commission Exp. 09/18/2009