# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jaunita Perez

                Plaintiff,

v.                                    Case No.: 1:08−cv−01788
                                        Honorable Wayne R. Andersen

Target Corporation

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

                                                                /s/ Wayne R. Andersen

                                                                United States District Judge