**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jaunita Perez

                        Plaintiff,

v.                                       Case No.: 1:08−cv−01788
                                           Honorable Wayne R. Andersen

Target Corporation

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Initial status hearing set for 6/12/08 at 9:00 a.m. in courtroom 2214. Parties are to file a joint status report as required by this Court's Standing Order by 6/6/08, with a courtesy copy to chambers, room 2206. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.