UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JUANITA PEREZ,<br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>  Defendant. | No.:   08 CV 1788<br><br>Judge Wayne R. Anderson<br>Magistrate Judge Michael Mason<br>JURY DEMANDED |

## INITIAL JOINT STATUS REPORT

1.  <u>Nature of the Case</u>

    This is a premises liability case filed by Juanita Perez against Target Corporation. In her Complaint, the Plaintiff alleges that she slipped and fell on a "wet and slippery or otherwise defective condition" on August 15, 2005 at the Target store located at 2939 West Addison Street, Chicago, Illinois. Target Corporation has filed an Affirmative Defense of contributory negligence. The case was originally filed in the Circuit Court of Cook County but was removed by the Defendant on March 27, 2008 based on diversity of citizenship.

2.   Plaintiff seeks recovery for her medical expenses, for disability, pain and suffering and for past and future lost earnings. Medical bills claimed by the plaintiff total $95,221.90.

3.  There are no pending motions.

4.  Discovery

    Proposed 26(a) disclosures deadline:       July 30, 2008.

    Proposed Fact Discovery Cut off date:      March 12, 2009.

    At this time the parties are not sure if expert discovery will be needed.

5.  <u>Settlement Status</u>

    Counsel for the Plaintiff, Laura Marchiori, and Counsel for Target Corporation, Mark McAndrew, have undertaken teleconferences and have exchanged some documents in an effort to evaluate the possibility of settlement.

    Counsel for the Plaintiff has valued damages in excess of 75,000.00. Target Corporation disputes liability and feels that it cannot negotiate at this time.

    This early impasse may be a reflection of the ultimate position of the parties; or simply the result of inadequate information. Discovery may assist in re-evaluating this at a later date.

                                                                Respectfully submitted

                                                                <u>s/Mark T. McAndrew/6274068</u>
                                                               Mark T. McAndrew,
                                                                Attorney for Target Corporation

June 5, 2008
Prepared jointly by:

Ms. Laura J. Marchiori
Attorney for the Plaintiff
Armstrong & Marchiori
33 North Dearborn, Suite 2220
Chicago, Illinois 60602

and

Mark T. McAndrew
Attorney for Target Corporation
Hennessy & Roach, P.C.
140 South Dearborn, 7th Floor
Chicago, Illinois 60603