UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JUANITA PEREZ, )<br>)<br>      Plaintiff, )<br>vs. )<br>)<br>TARGET CORPORATION, )<br>)<br>      Defendant. ) | No. 08 CV 1788 |

## NOTICE OF FILING

TO:   Ms. Laurie J. Marchiori
      Armstrong & Marchiori
      33 N. Dearborn Street, Suite 2220
      Chicago, IL  60602

PLEASE TAKE NOTICE that the attached below listed documents were filed with the United States District Court Northern District of Illinois Eastern Division, this 6th day of June, 2008.

1.   **Initial Joint Status Report**

By:   s/Mark T. McAndrew/6274068
      Mark T. McAndrew
      Attorney for Defendant
      Target Corporation

### CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath, states that service of the above Notice of Filing by electronic filing and by mailing true and correct copies of said documents this 6th day of June, 2008, before 5:00 p.m. by depositing same in the United States Mail at Chicago, Illinois, postage prepaid and addressed to the person(s) listed above.

_____

SUBSCRIBED and SWORN to before
me this 6th day of June, 2008,

_____
NOTARY PUBLIC

**HENNESSY & ROACH, P.C.**
140 S. Dearborn, 7th Floor
Chicago, IL  60603
(312) 346-5310
Attorney No. 6274068

OFFICIAL SEAL
LAURIE M RODGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/07/08