## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jaunita Perez

           Plaintiff,

v.                                    Case No.: 1:08–cv–01788

                                    Honorable Wayne R. Andersen

Target Corporation

           Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Initial status hearing held on 6/12/2008. Status hearing set for 7/29/2008 at 09:00 a.m. The Court adopts the parties proposed 26(a) disclosure deadline of 7/30/08. Discovery cut–off set for 12/12/08.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.